# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| Brigade Leveraged Capital Structures Fund Ltd., *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> Alejandro Garcia-Padilla, *et al.*, <br><br> Defendants. | Civil No. 16-1610 (FAB) |
| National Public Finance Guarantee Corporation, <br><br> Plaintiff, <br><br> - against - <br><br> Alejandro Garcia-Padilla, *et al.*, <br><br> Defendants. | Civil No. 16-2101 (FAB) |
| Dionisio Trigo-Gonzalez, *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> Alejandro Garcia-Padilla, *et al.*, <br><br> Defendants. | Civil No. 16-2257 (FAB) |

**NOTICE OF AVAILABILITY FOR PROMESA SECTION 405(e) HEARING**

TO THE HONORABLE COURT:

On July 20, 2016, the Court ordered the consolidation of the above-captioned cases for the purpose of determining the applicability of the stay pursuant to the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA") (Pub. L. 114-187) to the cases. (*See* Consolidation Order, Civil No. 16-1610, Dkt. No. 83; Civil No. 16-2101, Dkt. No. 38; Civil No. 16-2257, Dkt. No. 12)

On August 22, 2016, the Court issued an order staying the cases pursuant to Section 405(b)(1) of PROMESA, and indicating that a hearing pursuant to Section 405(e) of PROMESA would be scheduled to determine whether there is cause to lift the stay.  (*See* Memorandum and Order, Civil No. 16-1610, Dkt. No. 99; Civil No. 16-2101, Dkt. No. 50; Civil No. 16-2257, Dkt. No. 26.)  The Court further ordered that the parties provide dates and times during the week of September 19, 2016, on which the hearing may be held.  (*See* Order, Civil No. 16-1610, Dkt. No. 100; Civil. No. 16-2101, Dkt. No. 51; Civil No. 16-2257, Dkt. No. 27.)

The parties to the above-captioned cases have conferred and determined that all parties are available to attend a hearing on Thursday, September 22.

Respectfully Submitted,

August 26, 2016
San Juan, Puerto Rico

**VICENTE & CUEBAS**

By:  **/s/ Harold D. Vicente**
    Harold D. Vicente
    P.O. Box 11609
    San Juan, PR 00910
    Telephone: (787) 751-8000
    hvicente@vc-law.net

**DAVIS POLK & WARDWELL LLP**

    Donald S. Bernstein*
    Benjamin S. Kaminetzky*
    Brian M. Resnick*
    David B. Toscano*
    Marc J. Tobak*
    450 Lexington Avenue
    New York, NY 10017
    (212) 450-4000
    donald.bernstein@davispolk.com
    ben.kaminetzky@davispolk.com
    brian.resnick@davispolk.com

**ANTONETTI MONTALVO & RAMIREZ COLL**

By:  **s/ Salvador Antonetti-Zequeira**
    Salvador Antonetti-Zequeira
    José L. Ramírez-Coll
    P.O. Box 13128
    San Juan, PR 00908
    Tel: (787) 977-0303
    Fax: (787) 977-0323
    santonet@amrclaw.com
    jramirez@amrclaw.com

**KIRKLAND & ELLIS**

    Michael F. Williams*
    Peter A. Farell*
    655 Fifteenth Street, N.W.
    Washington, D.C. 20005
    (202) 879-5000
    michel.williams@kirkland.com
    peter.farrell@kirkland.com
    *Admitted *pro hac vice*

    david.toscano@davispolk.com
    marc.tobak@davispolk.com         *Attorneys for Defendants*
    *Admitted *pro hac vice*

*Attorneys for Plaintiffs Brigade Leveraged Capital Structures Fund Ltd.; Brigade Distressed Value Master Fund Ltd.; Tasman Fund LP; Claren Road Credit Master Fund, Ltd.; Claren Road Credit Opportunities Master Fund, Ltd.; Fore Multi Strategy Master Fund, Ltd.; Sola Ltd; Ultra Master Ltd; and Solus Opportunities Fund 5 LP*

**VICENTE & CUEBAS**

By: **/s/ Harold D. Vicente**
    Harold D. Vicente
    P.O. Box 11609
    San Juan, PR 00910
    Telephone: (787) 751-8000
    hvicente@vc-law.net

**ROBINSON MCDONALD & CANNA LLP**

    Jayne S. Robinson*
    K. Ann McDonald*
    Brett G. Canna*
    61 Broadway, Suite 1415
    New York, New York 10006
    Tel: (212) 953-3400
    Fax: (212) 953-3690
    jrobinson@rmc-llp.com
    amcdonald@rmc-llp.com
    bcanna@rmc-llp.com
    *Admitted *pro hac vice*

*Attorneys for Plaintiffs Fir Tree Value Master Fund, L.P.; Fir Tree Capital Opportunity Master Fund, L.P.; Fir Tree Special Opportunities Fund IV, LP; and Fir Tree Special Opportunities Fund V, LP*

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA, P.S.C.**

By: **/s/ Eric Perez-Ochoa**
    Eric Perez-Ochoa
    Alexandra Casellas-Cabrera
    208 Ponce de León Avenue, Suite 1600
    San Juan, PR 00936
    Telephone: (787) 756-9000
    Facsimile: (787) 756-9010
    Email: epo@amgprlaw.com
    acasellas@amgprlaw.com

**WEIL, GOTSHAL &MANGES LLP**

    Jonathan D. Polkes*
    Edward Soto*
    Salvatore A. Romanello*
    Gregory Silbert*
    Eric C. Hawkins*
    767 Fifth Avenue
    New York, N.Y. 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    jonathan.polkes@weil.com
    edward.soto@weil.com
    salvatore.romanello@weil.com
    gregory.silbert@weil.com
    eric.hawkins@weil.com
    *Admitted pro hac vice*

*Attorneys for Plaintiff National Public Finance Guarantee Corporation*

**Totti & Rodriguez-Diaz**

By: **/s/ Etienne Totti Del Valle**
    Etienne Totti Del Valle
    USDC-PR-119101
    E-Mail: etv@trdlaw.com

    **/s/ Juan E. Rodriguez Diaz**
    Juan E. Rodriguez Diaz
    USDC-PR-119507
    E-mail: jerd@trdlaw.com
    P.O. Box 191732

**GONZÁLEZ CASTAÑER, CSP**

By: **/s/ Magaly Rodríguez Quiñones**
    USDC-PR No. 205010
    128 F.D. Roosevelt Ave., 2do Floor
    San Juan, Puerto Rico 00918-2409
    Tel. (787) 758-7819
    Fax. (787) 758-4152
    E-mail: mrodriguez@gcpsc.com

*Attorneys for Defendant the Government Development Bank for Puerto Rico, the Puerto Rico Public Finance Corporation (PRPFC) and Melba Acosta Febo, in her official capacity as President of the Government Development Bank for Puerto Rico and of the Puerto Rico Public Finance Corporation.*

San Juan, P.R. 00919-1732
Telephone: (787) 753-7910
Facsimile : (787) 764-9480

*Attorneys for Plaintiffs Dionisio Trigo Gonzalez, Carmen Regina Suarez Sein, and their Conjugal Property Partnership; Benigno Trigo Gonzalez, Teresa Zapata Bird, and their Conjugal Property Partnership; Trigo Corp.; Guillermo L. Martinez, Bertita Martinez Martinez, and their Conjugal Property Partnership; Gustavo Hermida Cela, Gloria Colon Suarez, and their Conjugal Property Partnership; Ramon Gonzalez Cordero, Ketty Simounet De Gonzalez, and their Conjugal Property Partnership; Dr. Jorge Hess, Regina Trigo De Hess, and their Conjugal Property Partnership; Trimar Investments Corp.; San Rafael Holdings, LLC; Ceci Montilla Rojo; 322 De Diego Holdings, LLC; Jose A. Valdes Muzaurieta, Adrienne Muentes Ortiz, and their Conjugal Property Partnership; Valmu Trust; 2015, LLC; Adriel Longo Ravelo; Ernesto A. Smith a/k/a Ernesto Antonio Smith Bringas, Saress E. Smith a/k/a Saress Ellerbe Smith A/K/A Saress Ellerbe McDaniel, and their Conjugal Property Partnership; Federico M. Stubbe Arzuaga; Federico Stubbe Gonzalez; Stugo, LLC; FSA Investments, LLC; Northshore Management, Corp.; Heirs of the Estate of Rosario Ferre Ramirez De Arellano composed by Benigno Trigo Ferré, Rosario Lorenza Trigo Ferré, and Luis Alfredo Trigo Ferré; 419 Ponce De Leon, Inc*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on August 26, 2016, I caused to be electronically filed the Plaintiffs' Notice of Availability for Promesa Section 405(e) Hearing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 26, 2016
San Juan, Puerto Rico

                              <u>/s/ Harold D. Vicente</u>
                              Harold D. Vicente (USDC-PR No. 117711)
                              VICENTE & CUEBAS
                              P.O. Box 11609
                              San Juan, Puerto Rico 00910
                              Telephone: (787) 751-8000
                              hvicente@vc-law.net